Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou (5675853)
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Bang & Olufsen A/S*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANG & OLUFSEN A/S,<br><br>*Plaintiff*<br><br>v.<br><br>AIRSPRO-TWS STORE, ALIEXPRESSSS STORE, ANTOR INTELLIGENCE PRODUCT STORE, BENJAMIN STORE, BMQ STORE, FRESHONE STORE, GLOBAL BANG-OLUFSEN PRODUCTS STORE, GLOBAL BEAT-BEAT ONLINE STORE, GLOBAL DIGITAL HUAZAI STORE, GLOBAL EEGG STORE, GLOBAL HIGH-QUALITY STORE, GLOBAL PIKAQIU STORE, GLOBAL TWS-FACTORY STORE, H-GLOBAL STORE, JBL-OFFICIAl FlAG SHIP STORE STORE, LEFANXIAOPU STORE, LIDODO STORE, LISTENVO AIR-TWS STORE, LISTENVO SPORT-TWS STORE, MIDNITE ST STORE, NBONE STORE, SHOP911338022 STORE, SSSY8888 STORE, SUM REDA STORE, XW STORE and YYDS SHOPPING~ STORE,<br><br>*Defendants* | **CIVIL ACTION NO. 21-cv-9600 (JSR)**<br><br>**[PROPOSED] UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 10th day of December, 2021, at 10:36 a.m.
New York, New York

HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

2